No. 88–581. UNITED STATES v. STILL. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

No. 88–1019. BERKSON v. DEL MONTE CORP. ET AL. C. A. 1st Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. ▇▇▇▇▇▇▇▇▇

No. 88–1136. CONNECTICUT NATIONAL BANK v. HERSKOWITZ ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE WHITE would grant certiorari. ▇▇▇▇▇▇▇▇▇▇▇